841 A.2d 89

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. SHERRELL ANDERSON, DEFENDANT–
PETITIONER.

January 22, 2004.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Appellate Division to reconsider in the light of *State v. Bellamy*, 178 *N.J.* 127, 835 *A.2d* 1231 (2003).

841 A.2d 89

OHIO CASUALTY INSURANCE COMPANY, PLAINTIFF–PETI-TIONER, v. MARK A. SOUTH, INDIVIDUALLY AND AS AD-MINISTRATOR OF THE ESTATE OF DIANE M. SOUTH, DE-FENDANT–RESPONDENT.

January 29, 2004.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Appellate Division for reconsideration in the light of *Vassiliu v. Daimler Chrysler*, 178 *N.J.* 286, 839 *A.2d* 863 (2004).

841 A.2d 89

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
DELPHINE GREEN A/K/A LATEEFAH SHABAZZ,
DEFENDANT–PETITIONER.

January 29, 2004.

Denied.